UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Case No. 14-35342-LMI
Ezequiel Rodriguez Chapter 13
Debtor /

# AMENDED DECLARATION REGARDING PAYMENT ADVICES

**Debtor**:

_X__ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.
________________________________________________)

_______ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_______ Copies of all payment advices **are not** attached because the debtor:
____receives disability payments
____is unemployed and does not receive unemployment compensation
____receives Social Security payments
____receives a pension
____does not work outside the home
____is self employed and does not receive payment advices

_______ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain:____________________________________________

**Joint Debtor (if applicable):**

_______ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.
________________________________________________)

_______ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

________ Copies of payment advices **are not** attached because the joint debtor:

______receives disability payments
______is unemployed and does not receive unemployment compensation
______receives Social Security payments
______receives a pension
______does not work outside the home
______is self employed and does not receive payment advices

_________ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: ____________________________________________

***NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).***

________________________________ Date:_______
Signature of Debtor

________________________________ Date:_______
Signature of Joint Debtor, if applicable

EZEQUIEL RODRIGUEZ
7810 BEACH VIEW DRIVE
NORTH BAY VILLAGE FL 33141

**Statement of Earnings, Taxes, and Allotments**
AT&T MOBILITY SERVICES, LLC.
1025 Lenox Park Blvd NE, Atlanta, GA 30319
Payroll Address: 909 Chestnut, St. Louis, MO 63101
OneStop: 888-722-1787

| W-4 | MS | EXP | ADL W/H |
|---|---|---|---|
| FED | S | 02 | 0.00 |

PERS NO: 00629711
CHECK DATE: 12/05/2014 PAY PERIOD FROM 11/16/2014 TO 11/30/2014
M1-EIN 37-1417265

| SALARY 140,000.00 A | THIS PERIOD | YTD |
|---|---|---|
| TOTAL COMPENSATION | 20,404.48 | 199,056.55 |
| TOTAL TAX WITHHOLDING | -5,014.95 | -53,255.98 |
| FEDERAL | -4,713.53 | -43,089.80 |
| SOC SECURITY | 0.00 | -7,254.00 |
| MEDICARE | -301.42 | -2,912.18 |
| TOTAL REFUNDS/DEDUCTIONS | -666.04 | -6,772.61 |
| MEDICAL-PRETX | -5.50 | -126.50 |
| SUPL LIFE-AFTX | -48.41 | -580.92 |
| ARSP BASIC 401K | -612.13 | -5,971.69 |
| WAGE ATTACHMENT | 0.00 | -5,399.44 |
| WAGE ATTACHMENT FEE | 0.00 | -11.00 |
| DENTAL-PRETX | 0.00 | -55.00 |
| VISION-PRETX | 0.00 | -16.50 |
| CAREPLUS-PRETX | 0.00 | -11.00 |
| WAGE ATTACHMENT REFUND | 0.00 | 5,399.44 |
| NET DIRECT DEPOSIT | 14,723.49 | xxxxxxxxxxxxxx |
| TAXABLE WAGES | THIS PERIOD | YTD |
| FEDERAL | 19,786.85 | 193,741.86 |
| SOC SECURITY | 0.00 | 117,000.00 |
| MEDICARE | 20,466.06 | 200,518.51 |

| PAY PERIOD | DESCRIPTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| 111614-113014 | REGULAR | | 72.00 | 5,250.01 |
| | HOLIDAY ALLOWANCE | | 8.00 | 583.33 |
| | SALES COMPENSATION - MTH | | | 14,571.14 |

SEE COMMISSION STATEMENT FOR FULL DESCRIPTION OF COMMISSION EARNINGS

| OTHER INFORMATION | THIS PERIOD | YTD | OTHER INFORMATION | THIS PERIOD | YTD |
|---|---|---|---|---|---|
| IRS VAL EXCESS BASIC LIFE | 67.08 | 804.96 | | | |

2014 SOC SECURITY LIMITS: WAGES: 117,000.00 TAXES: 7,254.00

EZEQUIEL RODRIGUEZ
7810 BEACH VIEW DRIVE
NORTH BAY VILLAGE FL 33141

CHECK DATE: 11/21/2014

**Statement of Earnings, Taxes, and Allotments**
AT&T MOBILITY SERVICES, LLC.
1025 Lenox Park Blvd NE, Atlanta, GA 30319
Payroll Address: 909 Chestnut, St. Louis, MO 63101
PERS NO: 00629711 OneStop: 888-722-1787
PAY PERIOD FROM 11/01/2014 TO 11/15/2014

| W-4 | MS | EXP | ADL W/H |
|---|---|---|---|
| FED | S | 02 | 0.00 |

M1-EIN 37-1417265

| SALARY 140,000.00 A | THIS PERIOD | YTD |
|---|---|---|
| TOTAL COMPENSATION | 5,833.34 | 178,652.07 |
| TOTAL TAX WITHHOLDING | -1,262.32 | -48,241.03 |
| FEDERAL | -1,177.93 | -38,376.27 |
| SOC SECURITY | 0.00 | -7,254.00 |
| MEDICARE | -84.39 | -2,610.76 |
| TOTAL REFUNDS/DEDUCTIONS | -188.00 | -6,106.57 |
| MEDICAL-PRETX | -5.50 | -121.00 |
| DENTAL-PRETX | -5.00 | -55.00 |
| VISION-PRETX | -1.50 | -16.50 |
| CAREPLUS-PRETX | -1.00 | -11.00 |
| ARSP BASIC 401K | -175.00 | -5,359.56 |
| WAGE ATTACHMENT | 0.00 | -5,399.44 |
| WAGE ATTACHMENT FEE | 0.00 | -11.00 |
| SUPL LIFE-AFTX | 0.00 | -532.51 |
| WAGE ATTACHMENT REFUND | 0.00 | 5,399.44 |
| NET DIRECT DEPOSIT | 4,383.02 | xxxxxxxxxxxxxx |
| TAXABLE WAGES | THIS PERIOD | YTD |
| FEDERAL | 5,645.34 | 173,955.01 |
| SOC SECURITY | 0.00 | 117,000.00 |
| MEDICARE | 5,820.34 | 180,052.45 |

| PAY PERIOD | DESCRIPTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| 110114-111514 | REGULAR | | 80.00 | 5,833.34 |

| OTHER INFORMATION | THIS PERIOD | YTD | OTHER INFORMATION | THIS PERIOD | YTD |
|---|---|---|---|---|---|
| IRS VAL EXCESS BASIC LIFE | 0.00 | 737.88 | | | |

2014 SOC SECURITY LIMITS: WAGES: 117,000.00 TAXES: 7,254.00

EZEQUIEL RODRIGUEZ
7810 BEACH VIEW DRIVE
NORTH BAY VILLAGE FL 33141

**Statement of Earnings, Taxes, and Allotments**
AT&T MOBILITY SERVICES, LLC.
1025 Lenox Park Blvd NE, Atlanta, GA 30319
Payroll Address: 909 Chestnut, St. Louis, MO 63101

| W-4 | MS | EXP | ADL W/H |
|---|---|---|---|
| FED | S | 02 | 0.00 |

PERS NO: 00629711 OneStop: 888-722-1787

CHECK DATE: 11/06/2014 PAY PERIOD FROM 10/16/2014 TO 10/31/2014 M1-EIN 37-1417265

| SALARY 140,000.00 A | THIS PERIOD | YTD |
|---|---|---|
| TOTAL COMPENSATION | 6,790.92 | 172,818.73 |
| TOTAL TAX WITHHOLDING | -1,511.61 | -46,978.71 |
| FEDERAL | -1,412.24 | -37,198.34 |
| SOC SECURITY | 0.00 | -7,254.00 |
| MEDICARE | -99.37 | -2,526.37 |
| TOTAL REFUNDS/DEDUCTIONS | 5,141.80 | -5,918.57 |
| MEDICAL-PRETX | -5.50 | -115.50 |
| SUPL LIFE-AFTX | -48.41 | -532.51 |
| WAGE ATTACHMENT REFUND | 5,399.44 | 5,399.44 |
| ARSP BASIC 401K | -203.73 | -5,184.56 |
| WAGE ATTACHMENT | 0.00 | -5,399.44 |
| WAGE ATTACHMENT FEE | 0.00 | -11.00 |
| DENTAL-PRETX | 0.00 | -50.00 |
| VISION-PRETX | 0.00 | -15.00 |
| CAREPLUS-PRETX | 0.00 | -10.00 |
| NET DIRECT DEPOSIT | 10,421.11 | xxxxxxxxxxxxxx |

| TAXABLE WAGES | THIS PERIOD | YTD |
|---|---|---|
| FEDERAL | 6,581.69 | 168,309.67 |
| SOC SECURITY | 0.00 | 117,000.00 |
| MEDICARE | 6,852.50 | 174,232.11 |

| PAY PERIOD | DESCRIPTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| 101614-103114 | REGULAR | | 96.00 | 5,833.34 |
| | SALES COMPENSATION - MTH | | | 957.58 |

SEE COMMISSION STATEMENT FOR FULL DESCRIPTION OF COMMISSION EARNINGS

| OTHER INFORMATION | THIS PERIOD | YTD | OTHER INFORMATION | THIS PERIOD | YTD |
|---|---|---|---|---|---|
| IRS VAL EXCESS BASIC LIFE | 67.08 | 737.88 | | | |

2014 SOC SECURITY LIMITS: WAGES: 117,000.00 TAXES: 7,254.00

EZEQUIEL RODRIGUEZ
7810 BEACH VIEW DRIVE
NORTH BAY VILLAGE FL 33141

**Statement of Earnings, Taxes, and Allotments**
AT&T MOBILITY SERVICES, LLC.
1025 Lenox Park Blvd NE, Atlanta, GA 30319
Payroll Address: 909 Chestnut, St. Louis, MO 63101
OneStop: 888-722-1787

| W-4 | MS | EXP | ADL W/H |
|---|---|---|---|
| FED | S | 02 | 0.00 |

CHECK DATE: 10/21/2014
PERS NO: 00629711
PAY PERIOD FROM 10/01/2014 TO 10/15/2014
M1-EIN 37-1417265

| SALARY 140,000.00 A | THIS PERIOD | YTD |
|---|---|---|
| TOTAL COMPENSATION | 5,833.34 | 166,027.81 |
| TOTAL TAX WITHHOLDING | -1,276.87 | -45,467.10 |
| FEDERAL | -1,191.68 | -35,786.10 |
| SOC SECURITY | 0.00 | -7,254.00 |
| MEDICARE | -85.19 | -2,427.00 |
| TOTAL REFUNDS/DEDUCTIONS | -188.00 | -11,060.37 |
| MEDICAL-PRETX | -5.50 | -110.00 |
| DENTAL-PRETX | -5.00 | -50.00 |
| VISION-PRETX | -1.50 | -15.00 |
| CAREPLUS-PRETX | -1.00 | -10.00 |
| ARSP BASIC 401K | -175.00 | -4,980.83 |
| WAGE ATTACHMENT | 0.00 | -5,399.44 |
| WAGE ATTACHMENT FEE | 0.00 | -11.00 |
| SUPL LIFE-AFTX | 0.00 | -484.10 |
| NET DIRECT DEPOSIT | 4,368.47 | xxxxxxxxxxxxxx |

| TAXABLE WAGES | THIS PERIOD | YTD |
|---|---|---|
| FEDERAL | 5,700.34 | 161,727.98 |
| SOC SECURITY | 0.00 | 117,000.00 |
| MEDICARE | 5,875.34 | 167,379.61 |

| PAY PERIOD | DESCRIPTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| 100114-101514 | REGULAR | | 88.00 | 5,833.34 |
| | TAXABLE NON-CASH AWARD | | | 55.00 |

| OTHER INFORMATION | THIS PERIOD | YTD | OTHER INFORMATION | THIS PERIOD | YTD |
|---|---|---|---|---|---|
| IRS VAL EXCESS BASIC LIFE | 0.00 | 670.80 | | | |

2014 SOC SECURITY LIMITS: WAGES: 117,000.00 TAXES: 7,254.00

EZEQUIEL RODRIGUEZ
7810 BEACH VIEW DRIVE
NORTH BAY VILLAGE FL 33141

**Statement of Earnings, Taxes, and Allotments**
AT&T MOBILITY SERVICES, LLC.
1025 Lenox Park Blvd NE, Atlanta, GA 30319
Payroll Address: 909 Chestnut, St. Louis, MO 63101
OneStop: 888-722-1787

| W-4 | MS | EXP | ADL W/H |
|---|---|---|---|
| FED | S | 02 | 0.00 |

PERS NO: 00629711
CHECK DATE: 10/06/2014 PAY PERIOD FROM 09/16/2014 TO 09/30/2014
M1-EIN 37-1417265

| SALARY 140,000.00 A | THIS PERIOD | YTD |
|---|---|---|
| TOTAL COMPENSATION | 8,304.94 | 160,194.47 |
| TOTAL TAX WITHHOLDING | -1,900.70 | -44,190.23 |
| FEDERAL | -1,779.39 | -34,594.42 |
| SOC SECURITY | 0.00 | -7,254.00 |
| MEDICARE | -121.31 | -2,341.81 |
| TOTAL REFUNDS/DEDUCTIONS | -303.06 | -10,872.37 |
| MEDICAL-PRETX | -5.50 | -104.50 |
| SUPL LIFE-AFTX | -48.41 | -484.10 |
| ARSP BASIC 401K | -249.15 | -4,805.83 |
| WAGE ATTACHMENT | 0.00 | -5,399.44 |
| WAGE ATTACHMENT FEE | 0.00 | -11.00 |
| DENTAL-PRETX | 0.00 | -45.00 |
| VISION-PRETX | 0.00 | -13.50 |
| CAREPLUS-PRETX | 0.00 | -9.00 |
| NET DIRECT DEPOSIT | 6,101.18 | xxxxxxxxxxxxxx |

| TAXABLE WAGES | THIS PERIOD | YTD |
|---|---|---|
| FEDERAL | 8,050.29 | 156,027.64 |
| SOC SECURITY | 0.00 | 117,000.00 |
| MEDICARE | 8,366.52 | 161,504.27 |

| PAY PERIOD | DESCRIPTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| 091614-093014 | REGULAR | | 88.00 | 5,833.34 |
| | SALES COMPENSATION - MTH | | | 2,471.60 |

SEE COMMISSION STATEMENT FOR FULL DESCRIPTION OF COMMISSION EARNINGS

| OTHER INFORMATION | THIS PERIOD | YTD | OTHER INFORMATION | THIS PERIOD | YTD |
|---|---|---|---|---|---|
| IRS VAL EXCESS BASIC LIFE | 67.08 | 670.80 | | | |

2014 SOC SECURITY LIMITS: WAGES: 117,000.00 TAXES: 7,254.00

EZEQUIEL RODRIGUEZ
7810 BEACH VIEW DRIVE
NORTH BAY VILLAGE FL 33141

**Statement of Earnings, Taxes, and Allotments**
AT&T MOBILITY SERVICES, LLC.
1025 Lenox Park Blvd NE, Atlanta, GA 30319
Payroll Address: 909 Chestnut, St. Louis, MO 63101
OneStop: 888-722-1787

| W-4 | MS | EXP | ADL W/H |
|---|---|---|---|
| FED | S | 02 | 0.00 |

PERS NO: 00629711
CHECK DATE: 09/19/2014
PAY PERIOD FROM 09/01/2014 TO 09/15/2014
M1-EIN 37-1417265

| SALARY 140,000.00 A | THIS PERIOD | YTD |
|---|---|---|
| TOTAL COMPENSATION | 5,833.34 | 151,889.53 |
| TOTAL TAX WITHHOLDING | -1,262.33 | -42,289.53 |
| FEDERAL | -1,177.93 | -32,815.03 |
| SOC SECURITY | 0.00 | -7,254.00 |
| MEDICARE | -84.40 | -2,220.50 |
| TOTAL REFUNDS/DEDUCTIONS | -188.00 | -10,569.31 |
| MEDICAL-PRETX | -5.50 | -99.00 |
| DENTAL-PRETX | -5.00 | -45.00 |
| VISION-PRETX | -1.50 | -13.50 |
| CAREPLUS-PRETX | -1.00 | -9.00 |
| ARSP BASIC 401K | -175.00 | -4,556.68 |
| WAGE ATTACHMENT | 0.00 | -5,399.44 |
| WAGE ATTACHMENT FEE | 0.00 | -11.00 |
| SUPL LIFE-AFTX | 0.00 | -435.69 |
| NET DIRECT DEPOSIT | 4,383.01 | xxxxxxxxxxxxxx |

| TAXABLE WAGES | THIS PERIOD | YTD |
|---|---|---|
| FEDERAL | 5,645.34 | 147,977.35 |
| SOC SECURITY | 0.00 | 117,000.00 |
| MEDICARE | 5,820.34 | 153,137.75 |

| PAY PERIOD | DESCRIPTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| 090114-091514 | REGULAR | | 80.00 | 5,303.04 |
| | HOLIDAY ALLOWANCE | | 8.00 | 530.30 |

| OTHER INFORMATION | THIS PERIOD | YTD | OTHER INFORMATION | THIS PERIOD | YTD |
|---|---|---|---|---|---|
| IRS VAL EXCESS BASIC LIFE | 0.00 | 603.72 | | | |

2014 SOC SECURITY LIMITS: WAGES: 117,000.00 TAXES: 7,254.00